IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:07-CV-00183 (JWS) |
| Plaintiff, | ) | |
| vs. | ) | CONSENT JUDGMENT |
| MICHAEL A. HOUGER, | ) | |
| Defendant. | ) | |

THIS CAUSE has come before the Court upon consent and stipulation of the parties herein for entry of judgment in the amount and upon the terms set forth by stipulation. Upon motion and affidavit by plaintiff for entry of judgment, it is herewith

ORDERED AND DECREED that judgment is hereby awarded in favor of Plaintiff and against Defendant Michael A. Houger.

1. Judgment includes the following amounts:

    Principal: $10,000.00

Pre-judgment interest: $0.00

Administrative Costs and costs
allowed under 28 U.S.C. §1920(a)(1): $0.00

TOTAL JUDGMENT (Total of Items Above): $10,000.00

2. Post judgment interest shall not accrue, in accordance with the terms of the stipulation for consent judgment.

DATED this 14th day of January, 2010, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE